IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BONDARY MCCALL,
REG. #43827-019                                                                                   PLAINTIFF

v.                                           4:10CV00244JMM

JOE J. VOLPE, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court also certifies that any in forma pauperis appeal taken from an Order and Judgment dismissing this action is considered frivolous and not in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 19th day of May, 2010.

*James M. Moody*
United States District Judge