IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOUNDARY MCCALL**
**REG. #43827-019**                                                                                     **PLAINTIFF**

VS.                                       4:10CV00244 JMM

**JOE J. VOLPE, et. al.**                                                                              **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for reconsideration. (Docket # 13). The Court has reviewed Plaintiff's request and finds that the motion should be and hereby is DENIED.

IT IS SO ORDERED this 4th day of June, 2010.

_____
James M. Moody
United States District Judge